Robert K. Phillips – 135088
Candice Mullings Williams -237383
PHILLIPS, SPALLAS & ANGSTADT LLP
505 Sansome Street, Sixth Floor
San Francisco, California   94111
Telephone: (415) 278-9400
Facsimile: (415) 278-9411
Email:  cwilliams@psalaw.net

Attorneys for Defendant
WALMART INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA KELLY AND RONALD KELLY,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., AND DOES 1 TO 20,<br><br>Defendants. | Case No.  4:19-cv-2886<br><br>**DEFENDANT WALMART INC.'S PETITION FOR REMOVAL OF CIVIL ACTION AND JURY DEMAND** |

COMES NOW, Petitioner WALMART INC. (hereinafter "Petitioner"), by and through its counsel of record, the law firm of PHILLIPS, SPALLAS & ANGSTADT LLP, and hereby submits and respectfully shows:

I.

Petitioner is the sole named Defendant in the above-entitled matter.

II.

The above-entitled action was commenced by Plaintiffs PATRICIA KELLY AND RONALD KELLY (hereinafter "Plaintiffs") on April 25, 2019, in Alameda County Superior Court and is now pending in that Court.

A copy of the Summons, Plaintiffs' Complaint, Civil Case Cover Sheet, Service of Process Transmittal, ADR Information Packet, Notice of Assignment of Judge for All Purposes, Notice of Case Management Conference and Order, and Plaintiff's redacted Consolidated Statement of Benefits are attached hereto as Exhibits A, B, C, D, E, F, G, and H respectively.

The first date upon which Petitioner received a copy of said Complaint was April 29, 2019 when Petitioner was served.

Plaintiff's Consolidated Statement of Benefits is the "first paper" received by Petitioner from which removability may be ascertained. Plaintiff Patricia Kelly's Consolidated Statement of Benefits itemizes medical treatment received following the subject incident for the service period between May 12, 2017 and May 31, 2018. The Statement evidences charges for medical treatment in the amount of **$43,224.89.** The Statement does not include claims for general damages or Plaintiff Ronald Kelly's loss of consortium claim.

Based on Plaintiff's past medical specials alone, Plaintiffs' claimed damages will clearly exceed the $75,000 threshold. As such, there is no dispute that 28 U.S.C. §1446(b)'s $75,000 amount in controversy requirement is sure to be met.

III.

This Petition is timely filed pursuant to 28 U.S.C. § 1446(b).

IV.

This is a civil action over which this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a) and is one which may be removed to this Court by Petitioner pursuant to 28. U.S.C. § 1441(b).

V.

Petitioner is informed, believes, and thereon alleges that Plaintiffs are and were citizens of the State of California at the time this action was commenced.

VI.

At the time this action was commenced, Petitioner was and is incorporated in Delaware with its principal place of business in the State of Arkansas. As such, Petitioner is a citizen of the State of Delaware and a citizen of the State of Arkansas for diversity purposes.

VII.

The above-entitled civil action is for personal injury damages Plaintiffs allegedly sustained from an incident at the Walmart located at 15555 Hesperian Boulevard in San Leandro, California 94579. (Alameda County).

VIII.

A copy of Petitioner's Petition for Removal of Civil Action, seeking removal of the above-entitled action to the United States District Court, Northern District of California, together with a copy of the Summons, Plaintiffs' Complaint, Civil Case Cover Sheet, Service of Process Transmittal, ADR Information Packet, Notice of Assignment of Judge for All Purposes, Notice of Case Management Conference and Order, and Plaintiff's redacted Consolidated Statement of Benefits have been deposited with the clerk of the United States District Court, Northern California.

IX.

True and correct copies of all process, pleadings, and orders received by Petitioner in the above-entitled action are filed herewith. *See Exhibits A-H*.

**PRAYER & JURY DEMAND**

WHEREFORE, Petitioner demands a trial by jury and prays that the above-entitled action be removed from Alameda County Superior Court to this Court.

Respectfully submitted,

Dated: May 24, 2019           **PHILLIPS SPALLAS & ANGSTADT LLP**

By: /s/ CANDICE MULLINGS WILLIAMS
    Candice Mullings Williams
    cwilliams@psalaw.net
    Attorneys for Defendant
    WALMART INC.

DEFENDANT WALMART INC.'S PETITION FOR REMOVAL OF CIVIL ACTION AND JURY DEMAND

# CERTIFICATE OF SERVICE
*Patricia Kelly, et al. v. Walmart Inc.*
Northern District of California, Oakland Division, Case No: 4:19-cv-2886
Alameda County Superior Court, Case No. HG19016484

I, the undersigned, declare:

That I am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen years and not a party to the within cause; that my business address is 505 Sansome Street, Sixth Floor, San Francisco, California 94111.

That on May 24, 2019, I served a true and correct copy of the foregoing, **DEFENDANT WALMART INC.'S PETITION FOR REMOVAL OF CIVIL ACTION AND JURY DEMAND**, on the parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

| | |
|---|---|
| [X] | **BY MAIL SERVICE:** by placing such envelopes for collection and to be mailed on this date following ordinary business practices. |
| [ ] | **By FACSIMILE:** By faxing a copy of the above-referenced document(s) to the addressee at the number set forth beneath their above-listed address. At the completion of the transmission, a Transmission Report was generated, confirming transmission and receipt by the addresse(es). |
| [ ] | **By E-MAIL:** based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, an electronic message or other indication that the transmission was unsuccessful. |
| [ ] | **By PERSONAL DELIVERY:** By personally delivering a true copy thereof to the person(s) and at the address(es) set forth below. |
| [ ] | **By OVERNIGHT DELIVERY (USPS):** At the address(es) listed herein below by placing a true copy thereof enclosed in a sealed envelope with a label (billed to our account) affixed to the envelope. I am readily familiar with my office business practice for collection and processing of correspondence for USPS and the within correspondence will be deposited with USPS on this date in the ordinary course of business. |
| [X] | **By ECF ELECTRONIC SERVICE:** By CM/ECF for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 24, 2019, at San Francisco, California.

_____
Albert Chen

**SERVICE LIST**

Winston W. Moody, Esq.
Gwilliam, Ivary, Chiosso, Cavalli & Brewer
1999 Harrison Street, Suite 1600
Oakland, CA 94612
T: (510) 832-5411
F: (510) 832-1918
E: wmoody@giccb.com

*(Attorney for Plaintiff)*

DEFENDANT WALMART INC.'S PETITION FOR REMOVAL OF CIVIL ACTION AND JURY DEMAND