**Gregory L. Spallas, SBN 129306**
PHILLIPS, SPALLAS & ANGSTADT LLP
505 Sansome St., 6th Floor
San Francisco, California 94111
Telephone: (415) 278-9400
Facsimile: (415) 278-9411
E-Mail: gspallas@psalaw.net

Attorneys for Defendant
WAL-MART INC,

**Winston W. Moody - 297767**
Gwilliam Ivary Chiosso Cavalli & Brewer
1999 Harrison St., Suite 1600
Oakland, CA 94612
Telephone: (510) 832-5411
Facsimile: (510) 832-1918
E-Mail: wmoody@giccb.com

Attorneys for Plaintiffs
PATRICIA KELLY and RONALD KELLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA KELLY AND RONALD KELLY,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART INC., and DOES 1-12,<br><br>Defendants. | Case No. 3:19-cv-02886-JCS<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

    The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed

1
JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims | |
| 2 | stated herein against all parties, with each party to bear its own attorney's fees and cost. | |

DATED: __Feb. 13__, 2020    By: __/s/ Winston W. Moody__
                                            Winston W. Moody - 297767
                                            Gwilliam Ivary Chiosso Cavalli & Brewer
                                            1999 Harrison St., Suite 1600
                                            Oakland, CA 94612
                                            Telephone: (510) 832-5411
                                            Facsimile: (510) 832-1918
                                            Attorneys for Plaintiffs
                                            PATRICIA KELLY and RONALD KELLY

DATED: __2/13__, 2020    By: __/s/ Gregory Spallas__
                                            Gregory L. Spallas, SBN - 129306
                                            PHILLIPS, SPALLAS & ANGSTADT LLP
                                            505 Sansome St., 6th Floor
                                            San Francisco, California 94111
                                            Attorneys for Defendant
                                            WAL-MART INC.

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice

Dated: __March 6__, ~~2019~~ 2020

_____
Honorable Judge Joseph C. Spero
United States District Court
Northern District of California

3
JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE